UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:07-CV-0175-G |
| COMMISSIONERS OF DALLAS, | ) | |
| TEXAS, ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

# ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is further **ORDERED** that plaintiff's motion for order to provide docket report for newly filed section 1983 complaint (docket #7) is **DENIED**.

April 17, 2007.

_____
A. JOE FISH
CHIEF JUDGE