# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, | ) | |
| | ) | |
| v. | ) | 3:07-CV-0175-G |
| | ) | |
| COMMISSIONERS OF DALLAS | ) | |
| COUNTY, et al. | ) | |

## RECOMMENDATION RE: NON-PRISONER'S IFP STATUS ON APPEAL
### (For *pro se* non-PLRA appeals)

Before the Court is Plaintiff's Amended Notice of Appeal filed on June 4, 2007, along with

a Request to Proceed *In Forma Pauperis* on Appeal. The Magistrate Judge, having considered the

issue, recommends as follows:

( )     the party appealing should be GRANTED leave to proceed *in forma pauperis.*

( )     the party appealing is proceeding *in forma pauperis.*

( X )   the party appealing should be DENIED leave to proceed *in forma pauperis* for the
following reason(s):
(**X**)     the court recommends that the District Court certify, pursuant to Fed. R. App.
P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good
faith;
( )     the person appealing is not a pauper;
( )     the person appealing has not complied with the requirements of Rule 24 of
the Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as
ordered by the Court. (See Notice of Deficiency and Order filed on _____
_____).

( )     the party appealing paid the $455 appellate fee on _____.

**Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3)
and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion
to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the
Fifth Circuit, within 30 days of this Order.**

**DATE: June 11, 2007**

*Wm. F. Sanderson, Jr.*

_____

**UNITED STATES MAGISTRATE JUDGE**